UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ALAN BROCKWAY,   )<br>                            )<br>          Petitioner,    )<br>                            )<br>     v.                    )<br>                            )<br>SWARTHOUT G., WARDEN,       )<br>                            )<br>          Respondent.      )<br>_____) | CASE NO. CV 12-1619-RGK (PJW)<br><br>ORDER TO SHOW CAUSE WHY PETITION<br>SHOULD NOT BE DISMISSED |

On February 12, 2012, Petitioner delivered for filing a Petition for Writ of Habeas Corpus, seeking to challenge his October 2008 state conviction and sentence, following a jury trial, for aggravated mayhem and second degree attempted murder. (Petition at 1.) In the Petition, he claims that the prosecutor's misconduct at trial violated his right to due process. (Memorandum in support of Petition at 3-19.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). A district court may examine the timeliness of a petition *sua sponte*. *See Day v. McDonough*, 547 U.S. 198, 209-10 (2006). Here, Petitioner's conviction became final on

1  November 16, 2010--90 days after the state supreme court denied review
2  and the time expired for him to file a petition for writ of certiorari
3  with the United States Supreme Court.[1]  *See*, *e.g.*, *Brambles v. Duncan*,
4  412 F.3d 1066, 1069 (9th Cir. 2005).  Therefore, the statute of
5  limitations expired one year later, on November 16, 2011.  *See*
6  *Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001).  Petitioner
7  did not file this Petition until February 2012, nearly three months
8  after the deadline.  Absent statutory or equitable tolling, the
9  Petition is untimely and must be dismissed.
10      IT IS THEREFORE ORDERED that, no later than **March 30, 2012,**
11 Petitioner shall inform the Court in writing why this case should not
12 be dismissed with prejudice because it is barred by the statute of
13 limitations.  Failure to timely file a response will result in a
14 recommendation that this case be dismissed.
15      DATED:    February 29, 2012.

                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

25 S:\PJW\Cases-State Habeas\BROCKWAY, W 1619\OSC dismiss pet.wpd

---

[1] The date that the California Supreme Court denied Petitioner's petition for review was obtained from the California Appellate Court website, at http://appellatecases.courtinfo.ca.gov (Case No. S182763).