UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ALAN BROCKWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SWARTHOUT G., WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 12-1619-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: MAY - 3 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BROCKWAY, W 1619\Judgment.wpd